### 755.   GIBBS *v.* LARSON.

POWELL, J.   The evidence authorized the verdict; the charge of the court, taken as a whole, fairly instructed the jury as to the matters to which exception is taken; no error of law appears; the judgment, therefore, is
                                        *Affirmed.*

Action for damages, from city court of Cordele—Judge Strozier. August 5, 1907.

Argued December 16,—Decided December 20, 1907.

*Hill & Royal,* for plaintiff in error.

*Walter F. Hall, Max E. Land,* contra.

---

### 768.   FULTON LAND AND IMPROVEMENT COMPANY *v.* NATIONAL INVESTMENT AND SAVINGS CORPORATION.

POWELL, J.   The evidence on the trial in the justice's court was not issuable. Therefore no question of fact was involved; and the superior court had jurisdiction to set aside on certiorari the unwarranted judgment rendered by the magistrate.   *Toole* v. *Edmondson,* 104 *Ga.* 776 (31 S. E. 25); *Ansley* v. *Farley,* 126 *Ga.* 425 (55 S. E. 180).
                                        *Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Ellis. September 11, 1907.

Submitted December 17,—Decided December 20, 1907 .

*Thomas L. Bishop,* for plaintiff in error.

*Lowndes Calhoun,* contra.